# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| DEPENDABLE STAFFING SERVICES, LLC, an Arizona Limited Liability Company, | No. 2:10-cv-01695-REJ |
| Plaintiff, | **OPINION AND ORDER** |
| v. | |
| HUMANA PHARMACY, INC., a Delaware Corporation. | |
| Defendant. | |

JONES, Judge:

The plaintiff's motion (#22) for summary judgment is denied.  Simply put, there are factual disputes that must be resolved by a trier of fact.

DATED this 28th[th] day of June, 2011.

ROBERT E. JONES
U.S. District Judge